**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MICHAEL JUDITH, ELIZABETH JUDITH, BARBARA LOGAN, PAUL LOGAN,**

        **Plaintiffs,**

**-vs-**                                    **Case No.  6:11-cv-1927-Orl-28KRS**

**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **AGREED MOTION TO RESCHEDULE HEARING (Doc. No. 22)**
>
> **FILED:**    **February 14, 2012**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

The Commonwealth of the Northern Mariana Islands' Motion to Dismiss and for Expedited Briefing and Hearing, Doc. No. 10, was referred to the undersigned by the presiding district judge on February 10, 2012. Because counsel for the Commonwealth have consistently demanded expedited resolution of motions filed in this and related miscellaneous cases, the undersigned scheduled the requested hearing on the motion for February 17, 2012. The parties now wish to postpone the hearing

to a date that is not available on the Court's calendar so that one of the attorneys for the Commonwealth can attend a previously scheduled mediation and so that other attorneys for the Commonwealth can attend meetings in Washington, D.C. on the day before the hearing.

The Commonwealth cannot both demand an expedited hearing and fail to make any of its three lawyers of record available when such a hearing is scheduled. If this matter does not require an expedited hearing, the Commonwealth should withdraw that part of its motion and a hearing will be rescheduled at a date and time available on the Court's calendar sometime after April 1, 2012. If the Commonwealth continues to assert that an expedited hearing is required, it should arrange for one of its attorneys of record either to not attend the meetings scheduled in Washington, D.C. on February 16, 2012, or to fly to Orlando, Florida in the late afternoon or evening of February 16, 2012 to attend the hearing scheduled in this Court on February 17, 2012.

The Court will provide a copy of this Order to the Honorable John Olson, United States Bankruptcy Judge, Southern District of Florida, to advise him that Attorney Adrianna Riviere-Badell's presence is not required at the February 17, 2012 hearing in this Court. As such, she is available for the mediation scheduled on February 17, 2012 in the case of *In re Marc H. Roberts*, Case No. 10-15281-PGH.

**DONE** and **ORDERED** in Orlando, Florida on February 15, 2012.

                                          *Karla R. Spaulding*
                                          KARLA R. SPAULDING
                                          UNITED STATES MAGISTRATE JUDGE